# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-06287-CJC | Date | August 7, 2018 |
| Title | In Re Debtor Faithie L. Parker | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Melissa Kunig                                              Not Reported
Deputy Clerk                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The appeal in the above bankruptcy matter has been assigned to this Court.   Pursuant to the Notice Regarding Appeal from Bankruptcy Court issued by this Court on **July 20, 2018 [5],** appellant was ordered within fourteen days after filing the notice of appeal, to file the following:

- •    (i) a designation of record;
- •    (ii) a statement of issues on appeal; and
- •    (iii) a notice regarding the ordering of transcripts.

Each of the above documents must be filed with the Clerk of the Bankruptcy Court, with an original and two copies, and not with the Clerk of the District Court. The Notice Regarding Appeal from Bankruptcy Court stated that the "failure of either party to comply with the time requirements as stated in this notice and applicable rules may result in the dismissal of the appeal or the right to oppose the appeal.   Only once the parties file the required documents with the Bankruptcy Court can that court issue a Notice of Bankruptcy Appeal Record Availability to the Clerk of the District Court. To date, and despite the expiration of designated time within which to do so, the Appellant has not filed all of the required documents. Accordingly, Appellant is hereby ordered to show cause in writing, on or before **August 17, 2018** why this appeal should not be dismissed for lack of prosecution.   Failure of Appellant to make an adequate and/or timely response to this Order will result in the dismissal of the appeal.

                                                                          -    :    -

                                              Initials of Deputy Clerk    mku

**CC: BANKRUPTCY COURT; BAP**